1 | XAVIER BECERRA
Attorney General of California
2 | ANTHONY R. HAKL, SBN 197335
Supervising Deputy Attorney General
3 | JOHN KILLEEN, SBN 258395
GABRIELLE D. BOUTIN, SBN 267308
4 | Deputy Attorneys General
   1300 I Street, Suite 125
5 |  P.O. Box 944255
   Sacramento, CA 94244-2550
6 |  Telephone: (916) 210-6053
   Fax: (916) 324-8835
7 |  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Governor Gavin Newsom,*
8 | *Attorney General Xavier Becerra, and the*
*State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 20-cv-154-MMA-AHG |
| Plaintiff, | **ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| v. | |
| **GAVIN NEWSOM, in his Official Capacity as Governor of California; XAVIER BECERRA, in his Official Capacity as Attorney General of California; THE STATE OF CALIFORNIA,** | Judge: The Honorable Janis L. Sammartino<br>Trial Date: None Set<br>Action Filed: 1/24/2020 |
| Defendants. | |

1

Defendants Governor Gavin Newsom and Attorney General Xavier Becerra, in their official capacities, and Defendant the State of California, hereby respond to Plaintiff United States of America's Complaint for Declaratory and Injunctive Relief as follows.

1. In response to the allegations in paragraph 1 of the Complaint, Defendants admit that the California Legislature passed Assembly Bill 32 in October of 2019 and that California is free to decide that it will no longer use private detention facilities for its state prisoners and detainees. The remaining allegations consist of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny those allegations.

2. Paragraph 2 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

3. In response to the allegations in paragraph 3 of the Complaint, Defendants Plaintiffs' requested relief in the Complaint speaks for itself. The remaining allegations consist of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny those allegations.

## ANSWER TO ALLEGATIONS REGARDING JURISDICTION AND VENUE

4. Paragraph 4 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

5. Paragraph 5 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

**ANSWER TO ALLEGATIONS REGARDING THE PARTIES**

6. Defendants admit the allegations in paragraph 6 of the Complaint.

7. Defendants admit the allegations in paragraph 7 of the Complaint.

8. Defendants admit the allegations in paragraph 8 of the Complaint.

9. Defendants admit the allegations in paragraph 9 of the Complaint.

**ANSWER TO FEDERAL AUTHORITY ALLEGATIONS**

10. Paragraph 10 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

11. Paragraph 11 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  The cited provisions of the U.S. Constitution speak for themselves.  To the extent admission or denial is required, Defendants deny all allegations.

12. Paragraph 12 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

13. In response to the allegations in paragraph 13 of the Complaint, Defendants admit that Congress has passed some number of statutes and the Executive Branch has promulgated some number of implementing regulations governing the Federal Government's custody of prisoners and other federal detainees.  Defendants deny all remaining allegations.

**I.    ANSWER TO ALLEGATIONS REGARDING FEDERAL PRISONERS**

14. Paragraph 14 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  With respect to any quotation of a legal authority, that authority speaks for itself.  To the extent admission or denial is required, Defendants deny all allegations.

15. Paragraph 15 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

16. Paragraph 16 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

17. Paragraph 17 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

18. Paragraph 18 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

## II. ANSWER TO ALLEGATIONS REGARDING FEDERAL IMMIGRATION DETAINEES

19. Paragraph 19 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

20. Paragraph 20 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

21. Paragraph 21 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO ALLEGATIONS REGARDING ASSEMBLY BILL 32

22. Paragraph 22 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

23. Paragraph 23 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

24. Paragraph 24 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

25. Paragraph 25 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. With respect to any quotation of a legal authority, that authority speaks for itself. To the extent admission or denial is required, Defendants deny all allegations.

26. Paragraph 26 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO ALLEGATIONS REGARDING
## EFFECT OF A.B. 32 ON FEDERAL OPERATIONS

27. Paragraph 27 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

## I. ANSWER TO ALLEGATIONS REGARDING THE U.S. MARSHALS SERVICE

28. In response to the allegations in paragraph 28 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

29. In response to the allegations in paragraph 29 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

30. In response to the allegations in paragraph 30 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

31. In response to the allegations in paragraph 31 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

32. In response to the allegations in paragraph 32 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

33. In response to the allegations in paragraph 33 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

34. In response to the allegations in paragraph 34 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

35. In response to the allegations in paragraph 35 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

36. In response to the allegations in paragraph 36 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations (including those in footnote 1) and, therefore, deny them.

37.  In response to the allegations in paragraph 37 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

38.  In response to the allegations in paragraph 38 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

39.  In response to the allegations in paragraph 39 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

## II.  ANSWER TO ALLEGATIONS REGARDING THE BUREAU OF PRISONS

40.  In response to the allegations in paragraph 40 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies them.

41.  In response to the allegations in paragraph 41 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

42.  In response to the allegations in paragraph 42 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

43.  In response to the allegations in paragraph 43 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

44.  In response to the allegations in paragraph 44 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

45.  In response to the allegations in paragraph 45 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations (including those in footnote 2) and, therefore, deny them.

46. In response to the allegations in paragraph 46 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

47. In response to the allegations in paragraph 47 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

48. In response to the allegations in paragraph 48 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

49. In response to the allegations in paragraph 49 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

50. In response to the allegations in paragraph 50 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

51. In response to the allegations in paragraph 51 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

### III. ANSWER TO ALLEGATIONS REGARDING IMMIGRATION AND CUSTOMS ENFORCEMENT

52. In response to the allegations in paragraph 52 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

53. In response to the allegations in paragraph 53 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

54. In response to the allegations in paragraph 54 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

55. In response to the allegations in paragraph 55 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

56. In response to the allegations in paragraph 56 of the Complaint, Defendants deny the allegations.

57. In response to the allegations in paragraph 57 of the Complaint, Defendants deny that ICE would need to relocate future detainees out of state. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, deny them.

58. In response to the allegations in paragraph 58 of the Complaint, Defendants deny that A.B. 32 will force ICE to relocate future detainees outside of California. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, deny them.

59. In response to the allegations in paragraph 59 of the Complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, deny them.

60. In response to the allegations in paragraph 60 of the Complaint, Defendants deny that A.B. 32 will force ICE to relocate detainees outside of California. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, deny them.

61. In response to the allegations in paragraph 61 of the Complaint, Defendants deny that A.B. 32 will force ICE to relocate detainees outside of California. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations (including those in footnote 3) and, therefore, deny them.

## ANSWER TO COUNT ONE
### Preemption Claim

62. Paragraph 62 of the Complaint does not contain any factual allegations. To the extent Defendants are required to admit or deny any allegations, Defendants reassert and incorporate their responses to paragraphs 1 through 61 of the Complaint.

63. Paragraph 63 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

64. Paragraph 64 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

65. Paragraph 65 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

## ANSWER TO COUNT TWO
### Alleged Violation of Intergovernmental Immunity

66. Paragraph 66 of the Complaint does not contain any factual allegations. To the extent Defendants are required to admit or deny any allegations, Defendants reassert and incorporate their responses to paragraphs 1 through 65 of the Complaint.

67. Paragraph 67 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations.

68. Paragraph 68 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial. To the extent admission or denial is required, Defendants deny all allegations

69.     Paragraph 69 of the Complaint consists of legal argument and/or conclusions that do not require admission or denial.  To the extent admission or denial is required, Defendants deny all allegations

## ANSWER TO PRAYER FOR RELIEF

70.     In response to paragraph 70 of the Complaint, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

71.     In response to paragraph 71 of the Complaint, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

72.     In response to paragraph 72 of the Complaint, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

73.     In response to paragraph 73 of the Complaint, no response is required to Plaintiff's prayer for relief.  To the extent Defendants are required to respond, they deny that Plaintiff is entitled to the requested relief.

## DEFENSES

In addition to the foregoing admissions and denials, and without admitting any allegations contained in the Complaint, Defendants assert the following defenses.

## FIRST DEFENSE

The Complaint, and each count therein, fails to state a claim on which relief can be granted.

## SECOND DEFENSE

This Court lacks subject matter jurisdiction because Plaintiff lacks standing to pursue the counts in the Complaint.

## THIRD DEFENSE

The Complaint, and each count therein, fails because the conduct and laws at challenged in the Complaint are protected by the Tenth Amendment of the United States Constitution.

## FOURTH DEFENSE

The Complaint, and each count therein, fails because the conduct of Plaintiff, its agencies, and agents is contrary to law.

## FOURTH DEFENSE

The Complaint, and each count therein, fails because the conduct of Plaintiff, its agencies, and agents is ultra vires.

## RESERVATION OF DEFENSES

The foregoing defenses are raised without waiver of any other defenses that might become known during this litigation. Defendants hereby reserves their right to amend or supplement their answer to assert any other related defenses.

## **PRAYER OF DEFENDANTS**

WHEREFORE, Defendants prays that:

1. The Complaint, and all claims and prayers for relief therein, be denied in their entirety;
2. Plaintiff take nothing from Defendants by this action;
3. Defendants be awarded its costs incurred in defending this action;
4. Defendants be awarded such further relief that the Court may deem just and proper.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 4 | | JOHN KILLEEN<br>Deputy Attorney General |

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Governor Gavin Newsom, Attorney General Xavier Becerra, and the State of California*

SA2020100535
14431571.docx

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. Gavin Newsom, et al.**   No. **20-cv-154-MMA-AHG**

I hereby certify that on February 14, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 14, 2020, at Sacramento, California.

Tracie L. Campbell
Declarant

*Tracie Campbell*
Signature

SA2020100535
14435256.docx