UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his Official Capacity as Governor of California; XAVIER BECERRA, in his Official Capacity as Attorney General of California; and THE STATE OF CALIFORNIA,<br><br>                    Defendants. | Case No.: 20-CV-154 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO RESET HEARING DATE AND BRIEFING DEADLINES**<br><br>(ECF No. 20) |

    Presently before the Court is Plaintiff the United States of America and Defendants Gavin Newsom, Xavier Becerra, and the State of California's Joint Motion to Reset Hearing Date and Briefing Deadlines ("Joint Mot.," ECF No. 20). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **CONTINUES** the hearing on Plaintiff's Motion for Preliminary and Permanent Injunction (ECF No. 8) and Defendants' Motion for Judgment on the Pleadings (ECF No. 13) to May 7, 2020 at 1:30 p.m. in Courtroom 4D and **VACATES** the previously-ordered briefing schedule (ECF. No. 11). Plaintiff **SHALL FILE** its combined reply in support of its Motion for Preliminary and Permanent Injunction and opposition to Defendants' Motion

for Judgment on the Pleadings <u>on or before April 9, 2020</u>, and Defendants **MAY FILE** their reply in support of their Motion for Judgment on the Pleadings, if any, <u>on or before April 23, 2020</u>.

    **IT IS SO ORDERED.**

Dated: March 27, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge