UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, in his Official Capacity as Governor of California; XAVIER BECERRA, in his Official Capacity as Attorney General of California; and THE STATE OF CALIFORNIA,<br><br>                                   Defendants. | Case No.: 20-CV-154 JLS (WVG)<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING**<br><br>(ECF Nos. 8, 13) |

In their Reply Brief in Support of Motion for Judgment on the Pleadings ("Defs.' Reply," ECF No. 23), Defendants Gavin Newsom, Xavier Becerra, and the State of California argue for the first time that Assembly Bill 32 ("A.B. 32") "threatens no 'actual or imminent' harm related to Taft [Correctional Institution], and [Plaintiff] the United States [of America] therefore lacks Article III standing to challenge AB 32 as applied to that or any [Federal Bureau of Prisons ("BOP")] facility." Defs.' Reply at 8 (citing *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992)). Generally speaking, "arguments raised for the first time in a reply brief are waived," *Turtle Island Restoration Network v. U.S. Dep't of Commerce*, 672 F.3d 1160, 1166 n.8 (9th Cir. 2012) (quoting *Graves v. Arpaio*,

623 F.3d 1043, 1048 (9th Cir.2010) (per curiam)); however, "[f]ederal courts are required sua sponte to examine jurisdictional issues such as standing." *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 954 (9th Cir. 2011) (quoting *Bernhardt v. Cty. of Los Angeles*, 279 F.3d 862, 868 (9th Cir. 2002)) (citing *United States v. Hays*, 515 U.S. 737, 742 (1995)). Accordingly, the Court **ORDERS** Plaintiff to submit additional briefing, not to exceed <u>ten (10) pages</u> (including any exhibits), addressing its standing to challenge A.B. 32 as applied to its BOP facilities in California within <u>seven (7) days</u> of the electronic docketing of this Order. Defendants **MAY FILE** a response, not to exceed <u>ten (10) pages</u> (including any exhibits) within <u>seven (7) days</u> of the filing of Plaintiff's brief.

**IT IS SO ORDERED.**

Dated: May 4, 2020

Hon. Janis L. Sammartino
United States District Judge